HILMA GURANSON, Respondent, v. MILTON L'ECLUSE, Appellant, Impleaded with Another.— Judgment so far as appealed from and order reversed and a new

trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.